## EXHIBIT LIST

*Cause:*   *USA v. Jonathan Cripe*

  *4:16MJ7272 SPM*

**Evidentiary Hearing Date :**   11/2/2016

**JUDGE:**   **Shirley P. Mensah**

**DEPUTY CLERK:**   *Andrea  Luisetti*

|  |  | Offered | Received |
|---|---|---|---|
| Deft. Exhibit A |  |  | 11/2/2016 |
| Deft. Exhibit B |  |  | 11/2/2016 |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |